EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 110984
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-5710
   Facsimile: (213) 894-7177
   E-mail: Frank.Kortum@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) CV 15-00696-R(SSx) |
|---|---|
| Plaintiff, | ) **JUDGMENT** |
| vs. | ) |
| $41,475.00 IN BANK FUNDS, | ) |
| Defendant. | ) |

///

///

///

In accordance with the Order issued on October 19, 2015, IT IS ORDERED AND ADJUDGED that the Judgment is hereby entered in favor of Plaintiff United States of America against Defendant $41,475.00 in U.S. Currency.

DATED: January 6, 2016

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT COURT JUDGE

PRESENTED BY:

United States Attorney
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

_____/S/_____
FRANK D. KORTUM
Assistant United States Attorney

Attorneys for Plaintiff
United States of America